Filed by _____ **BD** ___ D.C.

**Jan 22, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 21-60026-CR-SMITH/VALLE

CASE NO. _____

### 18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

PASCAL J. CORSO,

**Defendant.**

_____/

## INFORMATION

The United States Attorney charges that:

On or about November 8, 2016, in Broward County, in the Southern District of Florida,

the defendant,

## PASCAL J. CORSO,

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election

held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

*Thomas J. Mulrihull for*

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*James M. Ustynoski*

JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

v.

CASE NO._____

**PASCAL J. CORSO**

_____**Defendant.**_____/

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| ✓ FTL | ___ WPB | ___ FTP |

New defendant(s)      Yes ____   No ____
Number of new defendants ____
Total number of counts ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No___
   List language and/or dialect     English_____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | Petty | _____ | |
   | II | 6 to 10 days | _____ | Minor | _____ | |
   | III | 11 to 20 days | _____ | Misdem. | ✓ | |
   | IV | 21 to 60 days | _____ | Felony | _____ | |
   | V | 61 days and over | _____ | | | |

6. Has this case previously been filed in this District Court?     (Yes or No)     No___
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No___
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)     No___

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?          Yes____     No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?          Yes____     No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?          Yes____     No ✓

/s/ James M. Ustynoski
_____
**JAMES M. USTYNOSKI**
**ASSISTANT UNITED STATES ATTORNEY**
**Bar # A5502615**

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** Pascal J. Corso

**Case No:** _____

Count #:  1

Election Fraud

Title 18, United States Code, Section 611

**\* Max.Penalty:** 1 year imprisonment; 1 year supervised release; and a fine up to $100,000.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Pascal J. Corso, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  1/20/1021

_Defendant's signature_

_Signature of defendant's attorney_

Anthony Rubino, Esq.
_Printed name of defendant's attorney_

_Judge's signature_

_Judge's printed name and title_